NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
email: stephan.collins@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | Case No.  3:05-cr-00108-JWS-JDR |
|---|---|---|
| Plaintiff, | ) ) ) | **MOTION OF THE UNITED STATES TO DISMISS COMPLAINT AND QUASH ARREST WARRANT** |
| vs. | ) ) ) | |
| RAINEY, et al, | ) ) | |
| Defendants. | ) ) | |

The United States files with the court a Motion to Dismiss the charges against Franciso Martinez pursuant to Fed. R. Crim. P. 48(a) without prejudice in the above captioned case.

//

The government further requests that the outstanding arrest warrant be quashed.

RESPECTFULLY SUBMITTED this 31st day of July 2007, in Anchorage, Alaska.

                            NELSON P. COHEN
                            United States Attorney

                            <u>s/ Stephan A. Collins</u>
                            STEPHAN A. COLLINS
                            Assistant U.S. Attorney
                            Federal Building & U.S. Courthouse
                            222 West Seventh Avenue, #9
                            Anchorage, Alaska  99513-7567
                            Phone: (907) 271-5071
                            Fax: (907) 271-1500
                            email: stephan.collins@usdoj.gov