NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorney for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case  No.  3:05-CR-00108-10 (JWS) |
| | ) | |
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| v. | ) | MOTION FILED AT DOCKET |
| | ) | #620 |
| FRANCISCO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |


The United States moves to withdraw the motion filed at Docket #620.  The

motion filed at Docket #620 was captioned "Motion of the United States to

Dismiss Complaint and Quash Arrest Warrant."  The motion should have been

filed as a motion to dismiss the indictment in this matter as it relates to Francisco

Martinez.  The United States will file a motion to dismiss the indictment after

filing this motion.

RESPECTFULLY SUBMITTED this day, August 8, 2007, in Anchorage,

Alaska.

NELSON P. COHEN
United States Attorney

/S/ Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061