NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>     )<br>          Plaintiff,  )<br>     )<br>v.     )<br>     )<br>FRANCISCO MARTINEZ,  )<br>     )<br>          Defendant.  )<br>_____ ) | Case No. 3:05-CR-00108-10 (JWS)<br><br>MOTION TO DISMISS<br>INDICTMENT AND QUASH<br>ARREST WARRANT |

Pursuant to Fed. R. Crim. P. 48(a), the United States moves to dismiss without prejudice the indictment in this matter as it relates to Francisco Martinez. Furthermore, the United States moves to quash the arrest warrant that issued

following the indictment of Francisco Martinez as a defendant in this matter.

RESPECTFULLY SUBMITTED this day, August 8, 2007, in Anchorage, Alaska.

                                                NELSON P. COHEN
                                                United States Attorney

                                                /S/ Stephan A. Collins
                                                Assistant U.S. Attorney
                                                222 West 7th Ave., #9, Rm. 253
                                                Anchorage, AK 99513-7567
                                                Phone: (907) 271-5071
                                                Fax: (907) 271-1500
                                                E-mail: stephan.collins@usdoj.gov
                                                AK # 8911061