IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-00108-10 (JWS) |
| | ) | |
| Plaintiff, | ) | **[PROPOSED] ORDER ON** |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT AND QUASH |
| | ) | ARREST WARRANT |
| FRANCISCO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion to Dismiss Indictment and Quash Arrest Warrant filed in this matter, IT IS HEREBY ORDERED that the indictment in this matter as it related to Francisco Martinez is dismissed without prejudice and the warrant issued for the arrest of Francisco Martinez on the charges contained in the indictment is GRANTED.

IT IS SO ORDERED.

Dated this ____ day of _____, 2007, at Anchorage, Alaska.

_____
JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE