IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-00108-10 (JWS) |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| | ) | MOTION TO WITHDRAW |
| v. | ) | MOTION FILED AT DOCKET |
| | ) | #620 |
| FRANCISCO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's motion to withdraw the document filed

at Docket #620, **IT IS HEREBY ORDERED** that the Government's motion is

**GRANTED**.

Dated this 13th day of August 2007, at Anchorage, Alaska.


/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE