IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:05-CR-00108-10 (JWS) |
| | ) | |
| Plaintiff, | ) | **ORDER ON** |
| | ) | MOTION TO DISMISS |
| v. | ) | INDICTMENT AND QUASH |
| | ) | ARREST WARRANT |
| FRANCISCO MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Having considered the Government's Motion to Dismiss Indictment and

Quash Arrest Warrant filed in this matter, it is **GRANTED** as follows:

**IT IS HEREBY ORDERED** that the indictment in this matter as it related

to Francisco Martinez is **DISMISSED without prejudice** and the warrant issued

for the arrest of Francisco Martinez on the charges contained in the indictment is

**QUASHED**.

Dated this 13th day of August 2007, at Anchorage, Alaska.


/s/  JOHN W. SEDWICK
UNITED STATES DISTRICT COURT JUDGE