**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )   Case No. 3:05-cr-00108-10-JWS
v.                           )
                             )
FRANCISCO MARTINEZ,          )
                             )
        Defendant.           )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

     IT APPEARING that the defendant is now entitled to be discharged for the reason that:

     __X__  The court has granted the motion of the government for dismissal without prejudice;
     ____  The court has granted the motion of the defendant for a Judgment of Acquittal;
     ____  A jury has been waived, and the court has found the defendant NOT GUILTY;
     ____  The jury has returned its verdict, finding the defendant NOT GUILTY;
     ____  (Other reason, or reasons, if any);
of the offenses of Conspiracy In Relation To Cocaine And Methamphetamine Trafficking in violation of 21:846 and 841(b)(1)(A) and Money Laundering in violation of 18:1956(a)(1)(A)(i), (a)(1)(B)(i), (a)(1)(B)(ii) and 2 as charged in counts 1 and 22, respectively, of the Indictment.

     **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

     **DATED** at Anchorage, Alaska, this 13th day of August, 2007.

                                               /s/John W. Sedwick
                                             John W. Sedwick
                                             United States District Judge